UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: PAOLO RIZZI AND                     :     Chapter 13
PATRIZIA RIZZI                             :
         Debtors                           :     Bankruptcy No.: 12-18400BIF

## CONSENT ORDER

*AND NOW*, this ____ day of _____, 2013, in upon agreement of the parties in lieu of the Chapter 13 standing trustee's filing a motion to dismiss with prejudice, it is

*ORDERED*, that in light of the debtors' three (3) prior bankruptcy filings, if this case is dismissed for any reason, it shall be with prejudice; debtors shall be prohibited from filing, individually or jointly, any subsequent bankruptcy case without further leave of Court. And it is further

*ORDERED*, that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the debtor from further filings in accordance with its terms.

Date: 5-6-13

Jack K. Miller, Esquire for
William C. Miller, Esquire
Chapter 13 Standing Trustee

Date: 3/2/13

Christopher George Cappio, Esquire
Attorney for Debtors

Date: 3/20/13

Paolo Rizzi
Debtor

Date: 3/20/13

Patrizia Rizzi
Debtor

BY THE COURT

_____
HONORABLE BRUCE I. FOX
BANKRUPTCY JUDGE