WWR# 20574202

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> PAOLO RIZZI <br> PATRIZIA RIZZI <br>                       Debtors <br> WATERFALL VICTORIA GRANTOR TRUST, <br> GENEVA HOUSE 1 SERIES F <br>                       Movant | Case No. 12-18400-amc <br><br> Chapter 13 <br> Related to Document No. 94 & 119 <br> **Hearing Date: 2/10/15** <br> **Hearing Time: 2:00 p.m.** |

### STIPULATION RESOLVING MOTION TO VACATE AUTOMATIC STAY

Now this _____ day of _____, 2014. Upon the Motion of Waterfall Victoria Grantor Trust, Geneva House 1 Series F for Relief from Automatic Stay and the Response filed by the Debtors. Upon statements of counsel, the evidence and law:

This Court FINDS that Waterfall Victoria Grantor Trust, Geneva House 1 Series F, Movant herein, is a creditor of the estate by virtue of a certain Mortgage with the Debtor, secured by the real property located at 909 Jamestown Rd., Broomall, PA 19008 that the Movant has not been adequately protected and that Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Waterfall Victoria Grantor Trust, Geneva House 1 Series F be and is hereby granted relief from the Automatic Stay to take the necessary steps to permit foreclosure of the Mortgage and/or a Sheriffs' sale of the subject real property referenced herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said relief shall be stayed so long as the Debtors make each and every payment in a timely and complete manner beginning with the February 2015 payment which must be paid in full in the amount of $2,406.42 to Movant, on or before February 1, 2015. The Debtors must also amend the Chapter 13 Plan within thirty (30) days from the entry of this order to cure Movant's arrears totaling $12,031.20  Regular payments are due to Movant on or before the 1st day of each month.

Should the Debtors default in any payment, Movant's counsel shall file a Certificate of Default with the Court and a proposed Order requesting final relief from the automatic stay. Any Certificate of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made to Waterfall Victoria Grantor Trust, Geneva House 1 Series F.

_____
Attorney for Movant
Keri P. Ebeck
436 7th Avenue
Suite 2500
Pittsburgh, PA 15219

Ashely M. Chan
United States Bankruptcy Judge

_____
Attorney for the Debtor
Christopher G. Cappio
2000 Spring Garden Street
Suite 1F
Philadelphia, PA 19130

for Trustee William C. Miller