**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE: Patrizia & Paoli Rizzi,<br>            Debtors. | Chapter 13<br><br>Case No. 12-18400AMC13 |

**ORDER**

AND NOW, this _____ day of _____, 2018, upon consideration of Debtor's Motion to Avoid Judicial Lien of Southwest Stucco and Dryvit, Inc.

IT IS ORDERED that the motion is granted. The judicial lien pursuant to Delaware County Civil Action CV- 2009-055637 against Paolo Rizzi in amount of $11,200 is avoided upon Discharge upon Debtor's residence known as 909 Jamestown Road, Broomall, Pa 19008.

**BY THE COURT**

_____
HON. ASHELY M.CHAN
UNITED STATES BANKRUPTCY JUDGE

CC:    Michael A. Cataldo, Esq.
       Cibik & Cataldo, P.C.
       1500 Walnut Street, Suite 900
       Philadelphia, PA 19102

       William C. Miller, Esq.
       Chapter 13 Trustee
       PO Box 1229
       Philadelphia, PA 19105