UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Paolo Rizzi & | | |
|     Patrizia Rizzi | | |
| | : | Bky. No. 12-18400 -AMC |
|     Debtor | : | |
| | : | |

ORDER

AND NOW, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor's estate,

IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is **CLOSED, without the entry of an order of discharge.**

FOR THE COURT

Date:  **February 13, 2018**

-------------------------------------------------------------------------
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT