**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE: Patrizia & Paoli Rizzi,<br>　　　　　Debtors. | Chapter 13<br><br>Case No. 12-18400AMC13 |

**ORDER**

AND NOW, this __13th__ day of __February__, 2018, upon consideration of Debtor's Motion to Avoid Judicial Lien of Southwest Stucco and Dryvit, Inc.

IT IS ORDERED that the motion is granted. The judicial lien pursuant to Delaware County Civil Action CV- 2009-055637 against Paolo Rizzi in amount of $11,200 is avoided upon Discharge upon Debtor's residence known as 909 Jamestown Road, Broomall, Pa 19008.

**BY THE COURT**

_____
HON. ASHELY M.CHAN
UNITED STATES BANKRUPTCY JUDGE

CC:　Michael A. Cataldo, Esq.
　　　Cibik & Cataldo, P.C.
　　　1500 Walnut Street, Suite 900
　　　Philadelphia, PA 19102

　　　William C. Miller, Esq.
　　　Chapter 13 Trustee
　　　PO Box 1229
　　　Philadelphia, PA 19105